DAL-005

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number if attorney, and address): | FOR COURT USE ONLY |
|---|---|
| Frank R. Pabst, Esq., SBN 252940<br>LAW OFFICES OF FRANK R. PABST<br>934 23rd Street, San Diego, CA 92102<br>TELEPHONE NO.: (619) 822-7332    FAX NO.: (619) 923-3506<br>E-MAIL ADDRESS: frpabst@esq4me.com<br>ATTORNEY FOR (Name): Defendants, Brenda Carter & BBG SD3, LLC | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Diego
STREET ADDRESS: Hall of Justice
MAILING ADDRESS: 330 W. Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Central Division

PLAINTIFF: Chris Langer
DEFENDANT: Frank R. Pabst

| **DEFENDANT'S APPLICATION FOR STAY AND EARLY EVALUATION CONFERENCE PURSUANT TO CIVIL CODE SECTION 55.54** | CASE NUMBER:<br>14CV0328-DMS-JMA |
|---|---|

*(Information about this application and filing instructions may be obtained at www.courts.ca.gov/selfhelp.htm)*

1. Defendant (name): Frank R. Pabst _____ requests a stay of proceedings and early evaluation conference pursuant to Civil Code section 55.54.

2. The complaint in this case alleges a construction-related accessibility claim as defined under Civil Code section 55.52(a)(1).

3. The claim concerns a site that meets one of the following sets of requirements ( *All items in one of a, b, or c must be checked for the court to order a stay and early evaluation conference. Check a box if the statement is true.)*

   a. ☐ **CASp-Inspected Site**
      i. ☐ Site has been inspected by a Certified Access Specialist (CASp) and determined to be CASp inspected or CASp determination pending and, if CASp inspected, there have been no modifications completed or commenced since the date of inspection that may impact compliance with construction-related accessibility standards to the best of defendant's knowledge; and
      ii. ☐ An inspection report by a Certified Access Specialist (CASp) relating to the site has been issued.

   b. ☐ **New Construction**
      i. ☑ Site has had new construction or improvements on or after January 1, 2008, approved pursuant to the local building permit and inspection process;
      ii. ☑ To the best of defendant's knowledge, there have been no modifications or alterations completed or commenced since that approval that impacted compliance with construction-related accessibility standards with respect to the plaintiff's claim; and
      iii. ☑ All violations have been corrected, or will be corrected within **60** days of defendant's being served with the complaint.

   c. ☐ **Small Business**
      i. ☐ Site is owned or occupied by a defendant that is a small business that has employed an average of 25 or fewer employees over the past three years and meets the gross receipts eligibility criteria provided in Civil Code, § 55.56(2)(f);
      ii. ☐ All violations have been corrected, or will be corrected within **30** days of being served with the complaint; and
      iii. ☐ Evidence showing that all violations have been corrected *(check one)* ☐ is attached ☐ will be filed with the court within **10** days of the court order setting an early evaluation conference.
      iv. I am filing the following with the court along with this application: *(The documents should be filed separately attached to a Confidential Cover Sheet and Declaration (form DAL-006).)*
         ☐ Proof of the number of defendant's employees as shown by wage reports forms filed with the Employment Development Department over the past three years or for existence of the business if less than three years.
         ☐ Proof of defendant's average gross receipts as shown by federal or state tax documents for the three years before this application or for existence of the business if less than three years.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
DAL-005 [New January 1, 2013]

**DEFENDANT'S APPLICATION FOR STAY OF PROCEEDINGS
AND EARLY EVALUATION CONFERENCE**
(Disability Access Litigation)

Civil Code, § 55.54
www.courts.ca.gov

DAL-005

| PLAINTIFF: Chris Langer | CASE NUMBER: |
|---|---|
| DEFENDANT: Frank R. Pabst | 14CV0328-DMS-JMA |

4. Defendant requests that the court:
   a. Stay the proceedings relating to the construction-related accessibility claim.
   b. Schedule an early evaluation conference.
   c. Order defendant to:
      i. File a confidential copy of the Certified Access Specialist (CASp) report with the court and serve a copy of the report on the plaintiff at least **15** days before the date of the early evaluation conference, which shall be kept confidential as set forth in Civil Code section 55.54(d)(4); or
      ii. File with the court and serve on plaintiff evidence showing correction of all violations within **10** days of completion of the correction or, if seeking relief as a small business, within **10** days after issuance of a court order granting a stay.
   d. Order plaintiff to file with the court and serve on defendants the statement required by Civil Code section 55.54(d)(6) at least **15** days before the date of the early evaluation conference.

Date: March 24, 2014

Frank R. Pabst
(TYPE OR PRINT NAME)

▶ (SIGNATURE OF ATTORNEY OR PARTY WITHOUT ATTORNEY)

## DECLARATION OF DEFENDANT

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 24, 2014

Frank R. Pabst
(TYPE OR PRINT NAME OF DECLARANT)

▶ (SIGNATURE OF DECLARANT)