**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS LANGER,<br><br>                            Plaintiff,<br>vs.<br><br>BRENDA M. CARTER, in her individual and representative capacity as trustee of the Brenda M. Carter Trust, et al.,<br><br>                            Defendants. | CASE NO. 14cv0328 DMS (JMA)<br><br>**ORDER DENYING DEFENDANTS' APPLICATION FOR STAY AND EARLY NEUTRAL EVALUATION CONFERENCE** |

This case comes before the Court on Defendants' application for stay and early neutral evaluation conference. The application is based on California Civil Code § 55.54, which applies to any "action that includes a construction-related accessability claim[.]" Cal. Civ. Code § 55.54(a)(1). Under this statute, "a qualified defendant, or other defendant as defined in paragraph (2), may file a request for a court stay and early evaluation conference in the proceedings of that claim prior to or simultaneous with that defendant's responsive pleading or other initial appearance in the action that includes the claim." Cal. Civ. Code § 55.54(b). Plaintiff filed an opposition to the application. Defendants did not file a reply.

As indicated in Plaintiff's opposition, California Civil Code § 55.54 is "preempted by the ADA and cannot be applied to plaintiff's ADA claim." *Lamark v. Laiwalla*, No. CIV. 2:12-3034 WBS AC, 2013 WL 3872926, at *1 (E.D. Cal. July 25, 2013). Furthermore, "all California federal courts to have considered the issue have found that, under *Erie Rail Co. v. Tompkins*, 304 U.S. 64, 58 S.Ct. 817, 82 L.Ed. 1188 (1938), and related cases, a federal court should not apply the procedures of California

1 | Civil Code section 55.54 to supplemental state law claims either because its provisions are not
outcome determinative." *Id.*

In light of this authority, the Court denies Defendants' application to stay. Defendants' request for an early evaluation conference is also denied as moot, as an Early Neutral Evaluation Conference has been scheduled for May 9, 2014, before Magistrate Judge Jan M. Adler.

**IT IS SO ORDERED**.

DATED: April 21, 2014

                                        HON. DANA M. SABRAW
                                        United States District Judge